W. J. DAVIES, *as County Treasurer, etc.,* v. H. R. BISHOP.

No. 14,814   (88 Pac. 537.)

Error from Ford district court; EDWARD H. MADISON, judge.   Opinion filed January 5, 1907.   Affirmed.

*C. C. Coleman,* attorney-general, and *John S. Dawson,* assistant attorney-general, for plaintiff in error; *Sutton & Scates,* of counsel.
*F. Dumont Smith,* for defendant in error.

*Per Curiam:* The facts in this case are the same as those in *Davies v. Benedict, ante,* p. 47, except that there is involved another quarter of the same section of school-land. The cases were argued and submitted together. On the authority of the Benedict case the judgment in this case is affirmed.